# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: DEARIUS L. WADE                     §          Case No. 13-83895
                                           §
                                           §
                      Debtor(s)            §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on  11/20/2013 .

2)  The plan was confirmed on  03/10/2014 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
    NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan
    on  02/21/2014, 07/07/2014, 08/29/2014.

5)  The case was dismissed on  08/29/2014 .

6)  Number of months from filing or conversion to last payment:  3 .

7)  Number of months case was pending:  16 .

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  $2,275.00 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the Trustee relating to this case have cleared the bank.

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 450.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 425.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 349.50 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 25.50 |
| Other | $ 0.00 |

| | |
|---|---|
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 375.00 |

Attorney fees paid and disclosed by debtor(s):     $ 500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY JACQUELINE | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 349.50 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 500.00 | 1,100.00 | 500.00 | 50.00 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 2,628.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 1,388.06 | 1,388.06 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICES | Pri | 4,000.00 | NA | NA | 0.00 | 0.00 |
| JVDB ASC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIV OF PHOENIX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS / ACCESS | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ACS / DEPT OF ED | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLGATE FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T U-VERSE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T UNIVERSAL CARD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHOICE RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI / STDNT LN RSRC CNT | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK STUDENT LOANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF | Uns | 2,264.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO LEGAL | Uns | 1,700.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY RECORDER OF | Uns | 4,917.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Uns | 716.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB POLICE DEPT | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF THE TREASURY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 1,100.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF REVENUE | Uns | 0.00 | 6,326.40 | 6,326.40 | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 427.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RECOVERY SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 244.40 | 244.40 | 0.00 | 0.00 |
| WALINSKI & ASSOCIATES PC | Uns | 19,413.00 | 22,398.74 | 22,398.74 | 0.00 | 0.00 |
| HSBC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Uns | 1,743.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF TRANSPORTATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IL STUDENT ASST COMMISSION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IL STUDENT ASST COMMISSION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS SECRETARY OF STATE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE DISBURSEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 10,123.00 | 10,149.65 | 10,149.65 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 5,949.16 | 5,949.16 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 15,290.93 | 15,290.93 | 0.00 | 0.00 |
| IRS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS DEPT OF THE TREASURY | Uns | 9,959.00 | NA | NA | 0.00 | 0.00 |
| IRS DEPT OF THE TREASURY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JVDB & ASSOCIATES | Uns | 3,059.00 | NA | NA | 0.00 | 0.00 |
| LINA STEADMAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LOVETTS TOWING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| META BANK | Uns | 718.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 3,128.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Uns | 4,000.00 | 1,743.27 | 1,743.27 | 0.00 | 0.00 |
| PLAZA ASSOCIATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SLC 826878 BONY MELL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SLC STUDENT LOAN TRUST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SM SERVICING | Uns | 7,000.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 1,019.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STEPHEN SULLIVAN | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 161.40 | 161.40 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 256.48 | 256.48 | 0.00 | 0.00 |
| T - MOBILE CREDIT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 841.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPT OF EDUCATION | Uns | 27,000.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 0.00 | 5,890.99 | 5,890.99 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC as assignee | Uns | 0.00 | 1,189.09 | 1,189.09 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLS as agent for | Uns | 0.00 | 169.00 | 169.00 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Uns | 0.00 | 543.20 | 543.20 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 500.00 | $ 50.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 500.00 | $ 50.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 5,949.16 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 5,949.16 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 65,751.61 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 375.00 |
| Disbursements to Creditors | $ 50.00 |
| **TOTAL DISBURSEMENTS:** | $ 425.00 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>03/25/2015</u>                    By:  <u>/s/ Lydia S. Meyer</u>
                                                    Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**